UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

**FILED**

MAY - 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Osama Abdelfattah
210a Pleasantview Dr
Piscataway, NJ 08854
Telephone: 631-882-0889

Osama abdelfattah

Plaintiff

VS

U.S. Department of Homeland Security

U.S. Customs and Border Protection

U.S Immigration and Custom Enforcement

Defendants

CASE NUMBER 1:06CV00828

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/05/2006

# COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF

## INTRODUCTION

1. This is and action is brought under the freedom of information act United state Code section 5 U.S.C. § 552 , Privacy act 5 U.S.C. § 552a and the Administrative Procedure Act for injunctive and other appropriate relief and seeking the disclosure and release all of agency record for under the control of U.S. Customs and Border Protection and U.S Immigration and Custom Enforcement that pertain to the plaintiff osama abdelfattah

## JURISDICTION

2. This court has jurisdiction over this action pursuant to FOIA 5 U.S.C. § 552(a)(4)(B) ("FOIA") and Privacy Act U.S.C. § 552(a)(g)(1)
3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff's claim arises under the laws of the United States, specifically FOIA and Privacy Act in conjunction with the Administrative Procedure Act ("APA") (5 U.S.C. § 555(b))
4. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff's claim arises under the laws of the United States, specifically FOIA and Privacy Act in conjunction with the Administrative Procedure Act ("APA") (5 U.S.C. § 706(1)) and 5 U.S.C. § 701 et seq. 2201 (Declaratory Judgment Act), This Court may grant relief pursuant to 28 U.S.C. 2202, and 5 U.S.C. § 702 et seq.

## VENUE

5. Venue is proper in this court (District of Colombia), pursuant to 28 U.S.C. § 1391(e)(1). Defendants DHS,U.S. Customs and Border Protection and U.S Immigration and Custom Enforcement headquarters is located in District of Colombia
6. Venue is proper in this court (District of Colombia), pursuant to 28 U.S.C. § 1391(e) (2). The Record that the plaintiff seeks is located in District of Colombia
7. Venue is proper in this court (District of Colombia), pursuant to 5 U.S.C. § 552(a) (4) (B). agency records are situated in the District of Columbia
8. Venue is proper in this court (District of Colombia), pursuant to 5 U.S.C. § 552(a) (4) (B). an Action for FOIA can be brought in the District of Columbia

## PARTIES

9. Defendant U.S. Department of Homeland Security is a Department of the Executive Branch of the United States Government. within the meaning of 5 U.S.C. § 552(f), and has possession and control over the records that Plaintiff seeks
10. The U.S. Customs and Border Protection is a division of the Department of Homeland Security and is an agency of the U.S. government. Within the meaning of 5 U.S.C. § 552(f), and has possession and control over the records that Plaintiff seeks
11. The U.S Immigration and Custom Enforcement is a division of the Department of Homeland Security and is an agency of the U.S. government. Within the meaning of 5 U.S.C. § 552(f), and has possession and control over the records that Plaintiff seeks
12. Osama abdelfattah is 36 years native of Jordan , and permanent resident of united state since June 2004

## FACTUAL ALLGAT1ONS

## U.S. Customs and Border Protection FOIA/PA Request

13. On October 2005 , the plaintiff made a FOIA/PA to the defendant U.S. Customs and Border Protection for any record pertain to the plaintiff osama abdelfattah
14. By a letter dated November 22 2005, the defendant U.S. Customs and Border Protection released a TECS record which consists only of only one page that pertain to the plaintiff and advised the plaintiff right to appeal.
15. on December 2005 , the plaintiff appealed the FOIA determination
16. on Feb 8 2006 U.S. Customs and Border Protection appeal office replied back to the plaintiff and assigned the case number 588879 , in the letter , the defendant assigned Mr. Richard Chovanec for the case
17. on February 2006 , plaintiff talked to Mr. Richard Chovanec, which indicated that several files exist
18. since the first conversation , plaintiff tried to reach nr Richard Chovanec and left him several voice mails , and the Richard Chovanec never returned plaintiff phone calls
19. before filling the complaint , the plaintiff sent a copy of the current complaint to defendant U.S. Customs and Border Protection and no reply has been received
20. more than 7 month has passed from the original request , and more than 3 month has passed since the appeal , and the defendant did not take a dissection or make a determination on the appeal request

# U.S Immigration and Custom Enforcement FOIA/PA Request

21. On Feb 25 2006 , the plaintiff made a FOIA/PA to the defendant U.S Immigration and Custom Enforcement for any record pertain to the plaintiff osama abdelfattah by submitting FORM G-639 by mean of a certified mail with a signature conformation (see attached EXISHIBT)
22. the defendant U.S Immigration and Custom Enforcement received the request on march 5 2006
23. so Far 2 months has passed and the defendant did not responded or process the FOIA request

# CAUSES OF ACTIONS

# First Cause of Action
# (Violation of FOIA for Timely respond to FOIA request)

24. Plaintiff repeats and re alleges all the above allegations
25. More than 20 days has passed and the USCBP appeal office did not make any determination on plaintiff FOIA request violate FOIA 5 U.S.C § 552(a) (6) (a)(ii) ,which require the agency to respond within 20 days to appeal request.
26. More than 20 days has passed and the USICE FOIA office did not make any determination on plaintiff FOIA request violate FOIA 5 U.S.C § 552(a) (6) (a)(i) ,which require the agency to respond within 20 days from reciving a request

# Second Cause of Action
# (Violation of the Administrative Procedure Act for Failure to Timely Respond to FOIA Request)

27. Plaintiff repeats and re alleges all the above allegations
28. The Defendants USCBP and USICE failure to timely responds to plaintiff requests is unlawful and is violation of the APA.

29. Under The APA (5 U.S.C. § 555(b)) provides, "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." The defendants is subject to 5 U.S.C. § 555(b).
30. Under The APA (5 U.S.C. § 706(1b)) provides "court shall— compel agency action unlawfully withheld or unreasonably delayed"

# Third Cause of Action
# (Violation for FOIA failure for failure to disclose the records sought by the plaintiff)

31. Plaintiff repeats and re alleges all the above allegations
32. defendants failure to disclose the request record violate FOIA

# Fourth Cause of Action
# (Violation for privacy act for failure access to a records)

33. Plaintiff repeats and re alleges all the above allegations
34. plaintiff has a legal right under privacy act to have access to agency record that are indexed and maintained under his name in USCBP pr SICE records
35. defendant to timely make available all the records maintained under the plaintiff name violates privacy act 5 USC 552a(d)(l) and all applicable regulation under it

# Fifth Cause of Action
# (Declaratory Judgment Act, 28 U.S.C. § 2201)

36. Plaintiff repeats and re alleges all the above allegations
37. Plaintiff seeks a declaration that Defendants' actions are unlawful and constitute violations of legal duties that Defendants owe to the Plaintiff under the FOIA/PA

# Sixth Cause of Action

(Equal Access to Justice Act )

38. Plaintiff repeats and re alleges all the above allegations
39. Plaintiff seek attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

# PRAYER FOR RELIEF

40. **WHEREFORE**, Plaintiff respectively ask the Court to:
41. Assume jurisdiction over this matter
42. Declare the defendants USCBP and USICE has violated FOIA and privacy act
43. Order the defendants Disclose all the requested record on their entireties and make a copy to the plaintiff
44. award plaintiff their reasonable cost and attorney fee
45. grant such other relief as the court deemed just and proper

Osama abdelfattah
210a pleasantview dr
Piscataway , NJ 08854
Phone 631-882-0889

*Osama abdelfattah* (signature)



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

November 22, 2005

DIS-2-OFO:FP DG
2006F0034

Osama Abdelfattah
210a Pleasantview Drive
Piscataway, NJ 08854

Dear Mr. Abdelfattah:

This is in response to your Freedom of Information Act (FOIA) and/or Privacy Act request that we received in our office.

Enclosed is 1 page of documents pertaining to your records held by Customs and Border Protection (CBP). Certain portions of these documents are exempt from disclosure pursuant to 5 USC 552 (b)(2), as they are administrative markings and are related solely to the internal administrative practices of this agency. In addition, specific sections are excepted from revelation pursuant to exemption (b)(7)(C) of the FOIA, as they are names of individuals the disclosure of which would constitute an unwarranted invasion of personal privacy. Other areas are excluded because of exemption (b)(7)(E), under the FOIA, which would disclose techniques and procedures of law enforcement investigations.

If you consider the deletions to constitute a partial denial of your request for disclosure, you may appeal to the Assistant Commissioner, Office of Regulations and Rulings, U.S. Customs and Border Protection. Your appeal must be made in writing within 35 days after the date of this notification. An information sheet is enclosed.

Sincerely,

*[signature]*

for Kathleen Dailey McKevitt
Acting Director, Field Programs
Office of Field Operations

Enclosures



```
                TECS II - PERSON SUBJECT DISPLAY              b2
                              b2                  ENTRY 031402 UPDATE 041105
NAME- LAST ABDELFATTAH                      PHYSICAL IDENTIFIERS
FIRST OSAMA      MID              HISPANIC U RACE U SEX   HAIR     EYES
    IMAGE       ALIAS   NICKNAME    STC    HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                  S/M/T                   MORE
  DOB 11141969 POB- CNTRY    ST  CITY                     CTZN    MORE
  SSN 343922185 MORE  AFN       MORE   RES     EXC/SITE            MORE
  PPN           TYPE   CNTRY    ISSDT          EXPDT               MORE
ADDRESS- DATE        STREET                            APT
  CITY                        STATE    CNTRY    ZIP    TYPE        MORE
CONTACT- CBP FIELD OPS - LOS ANGELES CA         PHONE              b7c
OWNER               b7c  CASE NBR 784                              MORE
                    b2   START 08282004 STOP 08272005 QRY NTFY 1
                         CAT                    b7c
REMARKS- DATE 082904                                               MORE
                                                                   WHO
                                                                   b7c
```



U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and Border Protection**

RR:DL:FA
588879

February 8, 2006

Mr. Osama Abdelfattah
210a Pleasant View Drive
Piscataway, NJ 08854

Dear Mr. Abdelfattah:

    This acknowledges the February 8, 2006, receipt of your undated correspondence concerning your FOIA appeal.

    The matter has been assigned to the FOIA Appeals, Policy & Litigation Branch for review and preparation of a response. We make every endeavor to complete our review and prepare of a response. However, multiple issue inquiries, or those requiring other agency input, may delay our response. If it becomes necessary to contact us regarding this matter, you may call (202) 572-8826 or write to us at U.S. Customs Service, 1300 Pennsylvania Avenue, NW, Office of Regulations and Rulings, Mint Annex, Washington, DC 20229. Please refer to the file number in the upper right-hand corner of this letter in any future correspondence concerning this issue.

    Your inquiry has been assigned to Richard Chovanec. Any questions regarding the substantive legal issues involved in your inquiry proposal may be raised with the person assigned the inquiry.

    All questions regarding the priority or status of the processing must be raised with the undersigned.

Sincerely,

Shari Suzuki

Shari Suzuki, Acting Chief
FOIA Appeals, Policy & Litigation Branch



USPS Priority Mail Click-N-Ship label

From: OSAMA ABDELFATTAH, 210A PLEASANTVIEW DR, PISCATAWAY NJ 08854-3404

Ship To: ATT FOIA/PA, U.S. ICE, ROOM 4038, 425 I ST NW, WASHINGTON DC 20536-0001

Signature Confirmation Number: 2103 8555 7491 3605 4008

Handwritten note: "Information Disclosure unit / Mission Support Division / Office of Investigation"

USPS - Track & Confirm																						Page 1 of 1


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **2103 8555 7491 3605 4008**
Status: **Delivered**

Your item was delivered at 10:53 am on March 06, 2006 in WASHINGTON, DC 20536. The item was signed for by D YOUNG.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Notification Options

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    5/3/2006



**UNITED STATES POSTAL SERVICE**

Date: 05/03/2006

osama abdelfattah:

The following is in response to your 05/03/2006 request for delivery information on your Signature Confirmation item number 2103 8555 7491 3605 4008. The delivery record shows that this item was delivered on 03/06/2006 at 10:53 AM in WASHINGTON, DC 20536 to D YOUNG. The scanned image of the recipient information is provided below.

Signature of Recipient: *D. Young* (Delivery Section)

Address of Recipient: *INS 20536*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service