United States District Court
District of Columbia

Osama abdelfattah

Plaintiff,

-Against-

U.S. Department of Homeland Security

-Defendant(s).

RECEIVED

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action
No. 1:06-cv-00828-RBW

(Reggie B. Walton, presiding)

Dear judge Walton

I here by voluntary withdrawing the complaint, thank you for you kind consideration.

Osama abdelfattah
210a pleasantview dr
Piscataway, NJ 08854

CC :

Clerk Office